IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones Sr, Romel | Case Number: 06 B 11215 |
| | Judge: Hollis, Pamela S |
| Printed: 2/19/08 | Filed: 9/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 28, 2007
Confirmed: December 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,676.00 | |
| Secured: | | 1,782.99 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 231.89 |
| Other Funds: | | 1,161.12 |
| Totals: | 5,676.00 | 5,676.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,500.00 | 2,500.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Dolton Department of Water | Secured | 507.00 | 211.20 |
| 4. | CitiMortgage Inc | Secured | 8,521.19 | 1,571.79 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 4,800.00 | 0.00 |
| 6. | Credit Protection Association | Unsecured | | No Claim Filed |
| 7. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 8. | Armour Swift Eckrich | Unsecured | | No Claim Filed |
| 9. | MRSI | Unsecured | | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 16,328.19 | $ 4,282.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 95.04 |
| 5.4% | 136.85 |
| | $ 231.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jones Sr, Romel

Printed:  2/19/08

Case Number:  06 B 11215
Judge:  Hollis, Pamela S
Filed:  9/8/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

